UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UL LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA RYNDERS and ZIMPLEX INC.<br><br>　　　　　Defendants. | No.  1:15-cv-703-TLN-SAB<br><br>**ORDER DETAILING COURT'S PREVIOUS ORDER GRANTING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

**I.　　TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

The Court having GRANTED Plaintiff UL LLC's Application for Temporary Restraining Order, for the reasons set forth in its order of May 8, 2015 (ECF No. 11):

IT IS HEREBY ORDERED that Defendants, including Rebecca Rynders aka Rebecca Zhu, and Zimpex Inc. ("Defendants"), shall show cause in writing, via briefs submitted to this Court, on or before May 22, 2015, why the Court should not enter a seizure order and an Order pursuant to Federal Rule of Civil Procedure 65 and Section 34 of the Lanham Act granting UL a preliminary injunction, as follows:

　　(a)　　Enjoining and restraining Defendants, their officers, agents, servants and employees and any persons in active concert or participation with them from:

　　　　(i)　　using the UL Marks or any reproduction, counterfeit, copy or colorable imitation

1  of the UL Marks in connection with the manufacture, advertisement, offer for sale and/or sale of
2  merchandise not authorized by UL, or in any manner likely to cause others to believe that the
3  Counterfeit Products are connected with UL or the genuine UL Marks; and
4    (ii) passing off any labels or other goods that are not authorized UL Marks, as and for
5  the UL Marks; and
6    (iii) committing any other acts calculated to cause purchasers to believe that
7  Defendants' products bear authorized UL Marks unless they are such; and
8    (iv) shipping, delivering, holding for sale, distributing, returning, transferring or
9  otherwise moving, storing or disposing of in any manner labels or other items falsely bearing the
10  UL Marks, or any reproduction, counterfeit, copy or colorable imitation of same; and
11    (b) Ordering the seizure of any Counterfeit Products, any reproduction, copy or
12  colorable imitation thereof, including labels or other items, any advertising, packaging and other
13  materials and merchandise, along with any and all documents, records, or other evidence
14  reasonably relating to the importation, purchase, sale, offer for sale, or distribution of items
15  bearing counterfeits of UL's marks.
16    IT IS FURTHER ORDERED that Defendants and their agents, servants, employees,
17  confederates, attorneys, and any persons acting in concert or participation with them, or having
18  knowledge of this Order by personal service or otherwise be, and they are, hereby temporarily
19  restrained from:
20    (a) committing any of the acts set forth in subparagraphs (a)(i)-(iv) above;
21    (b) moving, destroying, or otherwise disposing of any products, labels, or other items,
22  merchandise or documents bearing, relating to or used for reproducing the UL Marks or any
23  reproduction, counterfeit, copy or colorable imitation thereof; or
24    (c) removing, destroying or otherwise disposing of any computer tapes or disks, business
25  records or documents relating in any way to the manufacture, acquisition, purchase, distribution,
26  offering for sale or sale of goods bearing the UL Marks or any reproduction, counterfeit, copy or
27  colorable imitation thereof.
28    IT IS FURTHER ORDERED, that the Temporary Restraining Order shall remain in effect

through May 22, 2015, or such further dates as set by the Court, unless Defendants stipulate, or have not objected, to the Preliminary Injunction.

IT IS SO ORDERED.

Dated: May 11, 2015

Troy L. Nunley
United States District Judge