GREENBERG TRAURIG, LLP
MATTHEW R. GERSHMAN (SBN 253031)
gershmanm@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone:     310-586-7700 / Facsimile:  310-586-7800

CAMERON M. NELSON (Pro Hac Vice Application to be filed)
nelsonc@gtlaw.com
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312-456-8400 / Facsimile: 312-456-8435

*Attorneys for Plaintiff,*
*UL LLC*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UL LLC, | CASE NO. 1:15-cv-703-TLN-SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF UL LLC'S REQUEST TO SEAL DOCUMENTS |
| v. | |
| Rebecca Rynders aka Rebecca Zhu, and individual, and Zimpex Inc., a California Corporation, and John Does 1-20, individuals, | |
| Defendants. | |

ORDER GRANTING REQUEST TO
SEAL DOCUMENTS

ORDER

This matter is before the Court on Plaintiff UL LLC'S Request to Seal the Certificate of Service ("Certificate"), along with the Certificate's accompanying Notice of Request to Seal, Request to Seal, and proposed order.

The Court, having reviewed Plaintiff's Notice of Request and Request to Seal, and good cause appearing, hereby GRANTS the Request to Seal, and it hereby ORDERED that the Clerk of the Court shall maintain under seal, until further order of this Court, the Certificate, along with the Report's accompanying Notice of Request to Seal, Request to Seal, and this order.

**IT IS SO ORDERED.**

Dated:  May 22, 2015

Troy L. Nunley
United States District Judge